NORA GRIBBIN, Appellant, *v.* LEON S. MYGATT, Respondent, et al.,
Defendants.

Argued March 11, 1954; decided April 15, 1954.

*E. F. W. Wildermuth* for appellant.

*Charles I. Sterling* and *Leo E. Falkin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.